**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**PETITION FOR**
**OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | David L. Kinney |
| **Docket Number:** | 1:02CR05102-001 REC |
| **Offender Address:** | San Diego, California |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | October 7, 2002 |
| **Original Offense:** | Counts 1 through 7: 18 USC 654, Conversion of Property While an Employee of the United States (CLASS C FELONIES) |
| **Original Sentence:** | 10 months BOP; 3 years supervised release; $700 special assessment; and $34,107.06 restitution. |
| **Special Conditions:** | 1) Search; 2) Not dissipate assets; 3) Financial disclosure; 4) No new lines of credit; 5) Mental health treatment. |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | January 31, 2003 |
| **Assistant U.S. Attorney:** | Jonathan B. Conklin     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric V. Kersten     **Telephone:** (559) 487-5561 |

**PETITIONING THE COURT**

**[X] TERMINATE SUPERVISED RELEASE AS SCHEDULED WITH REMAINING RESTITUTION BALANCE.**

**Comments:** Mr. Kinney was placed on supervised release on January 31, 2003; however, he was also serving a state sentence and was not released from state custody until May 18, 2003. Since that date, Mr. Kinney has complied with all conditions of supervised release and has remained arrest-free throughout his supervision. While on supervision, Mr. Kinney struggled to obtain employment and was only able to secure temporary jobs from which he was ultimately laid-off. In addition, Mr. Kinney began experiencing health problems which contributed to his financial difficulties. Due to his limited financial

**RE:    KINNEY, David L**
**Docket Number:  1:02CR05102-001 REC**

resources, Mr. Kinney was unable to make restitution payments. Based on Mr. Kinney's physical and psychological limitations he was eventually able to qualify for disability benefits which he began to receive in August 2005. Since receiving a stable income, Mr. Kinney has been contributing $50 a month towards his outstanding special assessment. His current special assessment balance is approximately $425 and his restitution balance remains at $34,107.06. Mr. Kinney understands he must continue to pay restitution until this obligation is satisfied. Additionally, the United States Attorney's Office, Financial Litigation Unit, was informed of Mr. Kinney's termination from supervision.

Respectfully submitted,
/s/ Scott J. Waters

**Scott J. Waters**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726

**DATED:**    May 2, 2006
Fresno, California
SJW/sjw


**Reviewed by:**        /s/ Bruce Vasquez
**Bruce A. Vasquez**
**Supervising United States Probation Officer**

**RE:    KINNEY, David L**
      **Docket Number:  1:02CR05102-001 REC**

**THE COURT ORDERS:**

X    **That supervision expire as scheduled on May 17, 2006, with restitution balance.**

**IT IS SO ORDERED.**

**Dated:    May 2, 2006**　　　　　　　　　　　　／s/ Oliver W. Wanger
**emm0d6**　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**